UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND DEANNA MCGHEE, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE,<br><br>　　　　Petitioners,<br><br>v.<br><br>TOMMY COLLIER,<br><br>　　　　Respondent. | CIVIL NO. 3:10-cv-00802<br>JUDGE HAYNES |

## NOTICE OF FILING

Comes now the United States of America on behalf of its agency, Internal Revenue Service, represented herein by its counsel, Jerry E. Martin, the United States Attorney for the Middle District of Tennessee and Steve Jordan, Assistant United States Attorney, hereby files the attached proposed Order in this case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JERRY E. MARTIN
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　Middle District of Tennessee

　　By:　s/ Steve Jordan
　　　　　STEVE JORDAN, B.P.R. #013291
　　　　　Assistant United States Attorney
　　　　　110 9th Avenue South, Suite A-961
　　　　　Nashville, Tennessee 37203
　　　　　Telephone (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2010, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was mailed by regular U.S. mail, postage-prepaid, to:

Tommy Collier
2797 Lafayette Drive
Thompson Station, TN 37179

　　　　　　　　　　　　　　　　s/ Steve Jordan
　　　　　　　　　　　　　　　　STEVE JORDAN