This letter head is to confirm that I am sending two different documents in this letter
1. Motion to dismiss for lack of jurisdiction
2. Motion to void order

→ Double Copies

case no. 3:10cv-802

Tommy Collier
2797 lafayette drive
Thompson Station. TN 37179

RECEIVED
IN CLERK'S OFFICE

OCT 20 2010

U.S. DISTRICT COURT
MID. DIST. TENN.