UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and DEANNA MCGEE, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) ) | No. 3:10-0802
JUDGE HAYNES
| TOMMY COLLIER, | ) ) ) |
| Respondent. | ) |

## ORDER

Before the Court is Respondent's motion to dismiss (Docket Entry No. 13), that upon review is **DENIED**. The Court has jurisdiction, 26 U.S.C. § 7604, and the Order to comply is an appropriate process. Respondent fails to provide any facts to support his assertions as to Deanna McGee. For these reasons, Respondent's motion to void the order of the Court (Docket Entry No. 14) is also **DENIED**.

It is so **ORDERED**.

ENTERED this the ___19th___ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States in Judge